## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| | CRIMINAL NO. *03CR 10395 - WGY* |
| | |
| UNITED STATES OF AMERICA ) | VIOLATIONS: |
| ) | 18 U.S.C. §922(a)(6) |
| ) | False Statement to Obtain Firearms |
| ) | |
| v. ) | |
| ) | |
| ) | 18 U.S.C. §922(g)(3) |
| ) | Possession of a Firearm by a User |
| KRIS ST. ONGE ) | of a Controlled Substance or a |
| ) | Person Addicted to a Controlled |
| ) | Substance |

### INDICTMENT

COUNT ONE:    (18 U.S.C. §922(a)(6) – False Statement to Obtain
             Firearms)

The Grand Jury charges that:

On or about December 13, 2000, at Brockton, in the District
of Massachusetts,

### KRIS ST. ONGE,

defendant herein, in connection with the acquisition of a
firearm, to wit: a Ceska Zbrojovka Firearms CZ 75B 9mm semi-
automatic pistol bearing serial number 5431N, from Fairground
Trader, did knowingly make a false and fictitious written
statement on Department of the Treasury Form 4473 by signing a
"Certificate of Transferee" wherein he certified that he was the
"actual buyer" of this firearm, and that he was not an unlawful
user of, or addicted to, a controlled substance.  These
statements were intended and likely to deceive the dealer with

respect to a fact material to the lawfulness of the sale, namely the identity of the actual purchaser of this firearm, and KRIS ST. ONGE'S eligibility to purchase a firearm.  In truth and in fact, as KRIS ST. ONGE knew, he was not the actual purchaser of this firearm, and he was a user of and addicted to a controlled substance.

All in violation of Title 18, United States Code, Section 922(a)(6) and Title 18, United States Code, Section 2.

**COUNT TWO:**    **(18 U.S.C. §922(a)(6) - False Statement to Obtain Firearms)**

The Grand Jury charges that:

On or about January 10, 2001, at Brockton, in the District of Massachusetts,

**KRIS ST. ONGE,**

defendant herein, in connection with the acquisition of a firearm, to wit: a Smith and Wesson 908 9mm semi-automatic pistol bearing serial number TDM3869, from Fairground Trader, did knowingly make a false and fictitious written statement on Department of the Treasury Form 4473 by signing a "Certificate of Transferee" wherein he certified that he was the "actual buyer" of this firearm, and that he was not an unlawful user of, or addicted to, a controlled substance. These statements were intended and likely to deceive the dealer with respect to a fact material to the lawfulness of the sale, namely the identity of the actual purchaser of this firearm, and KRIS ST. ONGE'S eligibility to purchase a firearm. In truth and in fact, as KRIS ST. ONGE knew, he was not the actual purchaser of this firearm, and he was a user of and addicted to a controlled substance.

All in violation of Title 18, United States Code, Section 922(a)(6) and Title 18, United States Code, Section 2.

<u>**COUNT THREE**</u>:     **(18 U.S.C. §922(a)(6) – False Statement to Obtain Firearms)**

The Grand Jury charges that:

On or about March 17, 2001, at Brockton, in the District of Massachusetts,

**KRIS ST. ONGE,**

defendant herein, in connection with the acquisition of a firearm, to wit: a Smith and Wesson 908 9mm semi-automatic pistol bearing serial number VJB4475, from Fairground Trader, did knowingly make a false and fictitious written statement on Department of the Treasury Form 4473 by signing a "Certificate of Transferee" wherein he certified that he was the "actual buyer" of this firearm, and that he was not an unlawful user of, or addicted to, a controlled substance.  These statements were intended and likely to deceive the dealer with respect to a fact material to the lawfulness of the sale, namely the identity of the actual purchaser of this firearm, and KRIS ST. ONGE'S eligibility to purchase a firearm.  In truth and in fact, as KRIS ST. ONGE knew, he was not the actual purchaser of this firearm, and he was a user of and addicted to a controlled substance.

All in violation of Title 18, United States Code, Section 922(a)(6) and Title 18, United States Code, Section 2.

**COUNT FOUR:**    **(18 U.S.C. §922(a)(6) - False Statement to Obtain Firearms)**

The Grand Jury charges that:

On or about July 24, 2001, at Middleboro, in the District of Massachusetts,

**KRIS ST. ONGE,**

defendant herein, in connection with the acquisition of a firearm, to wit: a Smith and Wesson CS40 .40 caliber semi-automatic pistol bearing serial number VJB4042, from Middleboro Gun Shop, did knowingly make a false and fictitious written statement on Department of the Treasury Form 4473 by signing a "Certificate of Transferee" wherein he certified that he was the "actual buyer" of this firearm, and that he was not an unlawful user of, or addicted to, a controlled substance. These statements were intended and likely to deceive the dealer with respect to a fact material to the lawfulness of the sale, namely the identity of the actual purchaser of this firearm, and KRIS ST. ONGE'S eligibility to purchase a firearm. In truth and in fact, as KRIS ST. ONGE knew, he was not the actual purchaser of this firearm, and he was a user of and addicted to a controlled substance.

All in violation of Title 18, United States Code, Section 922(a)(6) and Title 18, United States Code, Section 2.

**COUNT FIVE:**   **(18 U.S.C. §922(a)(6) – False Statement to Obtain Firearms)**

The Grand Jury charges that:

On or about July 27, 2001, at Brockton, in the District of Massachusetts,

### KRIS ST. ONGE,

defendant herein, in connection with the acquisition of a firearm, to wit: a Smith and Wesson SW40P .40 caliber semi-automatic pistol bearing serial number PBF5181, from Fairground Trader, did knowingly make a false and fictitious written statement on Department of the Treasury Form 4473 by signing a "Certificate of Transferee" wherein he certified that he was the "actual buyer" of this firearm, and that he was not an unlawful user of, or addicted to, a controlled substance.  These statements were intended and likely to deceive the dealer with respect to a fact material to the lawfulness of the sale, namely the identity of the actual purchaser of this firearm, and KRIS ST. ONGE'S eligibility to purchase a firearm.  In truth and in fact, as KRIS ST. ONGE knew, he was not the actual purchaser of this firearm, and he was a user of and addicted to a controlled substance.

All in violation of Title 18, United States Code, Section 922(a)(6) and Title 18, United States Code, Section 2.

**COUNT SIX:**        **(18 U.S.C. §922(a)(6) – False Statement to Obtain Firearms)**

The Grand Jury charges that:

On or about July 28, 2001, at Middleboro, in the District of Massachusetts,

<b>KRIS ST. ONGE,</b>

defendant herein, in connection with the acquisition of a firearm, to wit: a SigSauer P-239 .40 caliber semi-automatic pistol bearing serial number SA485376, from Middleboro Gun Shop, did knowingly make a false and fictitious written statement on Department of the Treasury Form 4473 by signing a "Certificate of Transferee" wherein he certified that he was the "actual buyer" of this firearm, and that he was not an unlawful user of, or addicted to, a controlled substance.  These statements were intended and likely to deceive the dealer with respect to a fact material to the lawfulness of the sale, namely the identity of the actual purchaser of this firearm, and KRIS ST. ONGE'S eligibility to purchase a firearm.  In truth and in fact, as KRIS ST. ONGE knew, he was not the actual purchaser of this firearm, and he was a user of and addicted to a controlled substance.

All in violation of Title 18, United States Code, Section 922(a)(6) and Title 18, United States Code, Section 2.

**COUNT SEVEN:**    **(18 U.S.C. §922(g)(3) — (Possession of a Firearm by a User of a Controlled Substance or a Person Addicted to a Controlled Substance)**

The Grand Jury charges that:

On or about December 13, 2000, at Brockton, in the District of Massachusetts,

**KRIS ST. ONGE,**

defendant herein, did, knowingly possess in and affecting commerce a firearm, to wit: a CZ 75B 9mm semi-automatic pistol bearing serial number 5431N, while he was a user of and addicted to a controlled substance, to wit, heroin.

All in violation of Title 18, United States Code, Section 922(g)(3) and Title 18, United States Code, Section 2.

**COUNT EIGHT**:    **(18 U.S.C. §922(g)(3) – (Possession of a Firearm by a User of a Controlled Substance or a Person Addicted to a Controlled Substance)**

The Grand Jury charges that:

On or about July 27, 2001, at Brockton, in the District of Massachusetts,

**KRIS ST. ONGE,**

defendant herein, did, knowingly possess in and affecting commerce a firearm, to wit: a Smith and Wesson SW40P .40 caliber semi-automatic pistol bearing serial number PBF5181, while he was a user of and addicted to a controlled substance, to wit, heroin.

All in violation of Title 18, United States Code, Section 922(g)(3) and Title 18, United States Code, Section 2.

**COUNT NINE:**    **(18 U.S.C. §922(g)(3) — (Possession of a Firearm by a User of a Controlled Substance or a Person Addicted to a Controlled Substance)**

The Grand Jury charges that:

On or about July 28, 2001, at Middleboro, in the District of Massachusetts,

**KRIS ST. ONGE,**

defendant herein, did, knowingly possess in and affecting commerce a firearm, to wit: a SigSauer P-239 .40 caliber semi-automatic pistol bearing serial number SA485376, while he was a user of and addicted to a controlled substance, to wit, heroin.

All in violation of Title 18, United States Code, Section 922(g)(3) and Title 18, United States Code, Section 2.

A TRUE BILL

_Edward J. Murphy 12/17/63_
FOREPERSON OF GRAND JURY

_Seth P. Berman_
Seth P. Berman
Assistant U.S. Attorney


DISTRICT OF MASSACHUSETTS, Boston, December _17_, 2003. @ 3:47 PM

Returned into the District Court by the Grand Jurors and filed.

_Bob Brown_
Deputy Clerk

%JS 45 (5/97) - (Revised USAO MA 3/25/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**                 Category No. __II__            **Investigating Agency** __ATF__

**City** __Brockton and Middleboro__          **Related Case Information:**

**County** __Plymouth__               Superseding Ind./ Inf. __N/A__          Case No. __N/A__
                                      Same Defendant __N/A__          New Defendant __N/A__
                                      Magistrate Judge Case Number __N/A__
                                      Search Warrant Case Number __N/A__
                                      R 20/R 40 from District of __N/A__

**Defendant Information:**

Defendant Name __KRIS ST. ONGE__                    Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address __12 Lilly Avenue, Brockton, MA 02301__

Birth date: __1966__    SS#: __8537__    Sex: __M__    Race: __WH__    Nationality: __USA__

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Seth P. Berman__                    Bar Number if applicable    __629332__

Interpreter:    ☐ Yes    ☒ No          List language and/or dialect: _____

Matter to be SEALED:    ☐ Yes    ☒ No

☒ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____ on

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony    __Nine__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date:** __12/17/03__          Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     KRIS ST. ONGE _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. §922(a)(6) | False Statements to Obtain Firearms | One through Six |
| Set 2 | 18 U.S.C. §922(g)(3) | Possession of a Firearm by a User of a | Seven through Nine |
| Set 3 | | Controlled Substance or a Person Addicted to | |
| Set 4 | | a Controlled Substance | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

js45.StOnge.wpd – 3/13/02