AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

V.

KRIS ST. ONGE

**WARRANT FOR ARREST**

CASE NUMBER: 03-10395-WGY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ KRIS ST. ONGE _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
Six Counts of False Statements to Obtain Firearms and
Three Counts of Possession of a Firearm by a User of a Controlled Substance or a Person Addicted to a Controlled Substance

in violation of Title _18_ United States Code, Section(s) _922(a)(6) and 922(g)(3)_

Sheila Driskes
Name of Issuing Officer

Operations Supervisor
Title of Issuing Officer

Signature of Issuing Officer

12-17-03 Boston, MA
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

WARRANT EXECUTED BY
IN ARREST/ARRAIGNMENT OF THE
NAME AND TITLE OF ARRESTING OFFICER  5/5/04  SIGNATURE OF ARRESTING OFFICER
DEFENDANT ON

DATE RECEIVED

DATE OF ARREST

This form was electronically produced by Elite Federal Forms, Inc.