# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES  ☐ MAGISTRATE  ☒ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: U.S. v. St. Onge
FOR: 
AT: 

LOCATION NUMBER:

PERSON REPRESENTED (Show your full name): Kris St. Onge

1. ☒ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate:
District Court: CR 03-10395 WGY
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →)  ☒ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed?  ☒ Yes   ☐ No   ☐ Am Self-Employed
Name and address of employer: VERACKA MOTORS INC
IF YES, how much do you earn per month? $ 1200.00
IF NO, give month and year of last employment. How much did you earn per month? $ 
If married is your Spouse employed?  ☐ Yes  ☒ No
IF YES, how much does your Spouse earn per month? $
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☒ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED $
SOURCES

**CASH**
Have you any cash on hand or money in savings or checking accounts?  ☐ Yes  ☒ No   IF YES, state total amount $

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☒ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE $
DESCRIPTION

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 1
List persons you actually support and your relationship to them: $250.00 per mo. child support

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME: $400 per mo. — loan Bank
Creditors:
Total Debt: $
Monthly Paymt: $

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): March 5, 2004

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): Kris St. Onge