UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.  CRIMINAL
NO. 03-10395 -WGY

KRIS ST. ONGE

### INITIAL SCHEDULING ORDER

 YOUNG,C.J.

The above named defendant(s) having been arraigned on MARCH 5, 2004 before ALEXANDER, USMJ, and having elected to proceed under the automatic discovery rules, IT IS HEREBY ORDERED in accordance with Local Rules (LR) 116.1 through 116.5 that:

A. The government shall provide automatic discovery by 4/2/04  See L.R116.1(C).

B. The defendant shall provide automatic discovery by 4/2/04 . See LR 116.1(D).

C. Any discovery request letters shall be sent and filed by 4/16/04 . See LR 116.3 (A) and (H).

D. Any responses to discovery request letters shall be sent and filed by 4/30/04 . See LR 116.3(A).

E. An initial status conference in accordance with LR 116.5 will be held on APRIL 20,2004 at 2:00 p.m. in Courtroom No. 18 on the 5 floor.

By the Court,

3/30/04                                           /s/ Elizabeth Smith
————————                                  ————————
Date                                              Deputy Clerk

(Crinsch1.wp - 11/24/98)