UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal Action
No: <u>03-10395-WGY</u>

UNITED STATES
Plaintiff

v.

KRIS ST. ONGE
Defendant

## SCHEDULING ORDER

YOUNG, C.J.

An initial status conference in accordance with LR 116.5 was held on 5/10/04

Any substantive motions are to be filed by JULY 12, 2004. See LR 116.3(E) and (H).

Response to any motion is to be filed on or before JULY 26, 2004   See LR 116.3(l).

A Final Pretrial Conference will be held on SEPT. 13, 2004

A joint memorandum in accordance with LR 116.5(C) is to be filed by 9/13/04

A tentative trial date has been set for SEPT. 20, 2004

The time between 5/10/04 and 9/20/04 is excluded in the interest of justice.

By the Court,

/s/ Elizabeth Smith

_____
**Deputy Clerk**

May 11, 2004
To: All Counsel