UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 03-10395-WGY |
| | ) | |
| KRIS ST. ONGE | ) | |
| | ) | |

GOVERNMENT'S ASSENTED TO MOTION FOR A RULE ELEVEN HEARING

The United States, by and through its attorneys, United States Attorney Michael J.

Sullivan and Assistant United States Attorney Seth P. Berman respectfully requests that this

Court schedule a date for a change of plea hearing pursuant to Federal Rule of Criminal

Procedure 11.  As grounds therefore, the government states that defendant, by and through his

counsel, Robert F. Muse, informed the government that he intends to plead guilty to the

indictment filed in this case.

The defendant, by and through his counsel, Robert F. Muse, assents to this motion.

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney

By:

/s/ Seth P. Berman
SETH BERMAN
Assistant U.S. Attorney

Dated: August 13, 2004

1

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served upon the person listed below a copy of the

foregoing document by depositing in the United States mail a copy of same in an envelope

bearing sufficient postage for delivery:

Robert F. Muse, Esq.
101 Tremont Street, Suite 615
Boston, MA 02108

This 13th day of August, 2004.

/s/ Seth P. Berman
SETH P. BERMAN
Assistant U.S. Attorney