UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)   No. 03-CR-10395-WGY<br>v.            )<br>)<br>KRIS ST. ONGE            )<br>) | |

### DEFENDANT'S MOTION TO CONTINUE SENTENCING

Defendant, by counsel, moves the Court to continue the sentencing hearing, currently scheduled on December 14, 2004, to a date after January 15, 2005, convenient to the Court and the parties. The grounds for this motion are as follows:

1. Counsel has met and conferred with defendant on several occasions and has become increasingly concerned about defendant's erratic behavior. Defendant's family members share this concern. Defendant has admitted to an addiction, which may have a role in his behavior.

2. Counsel believes that an examination and evaluation of defendant by a psychologist prior to sentencing will assure that the Court is fully informed regarding the defendant's mental condition and treatment needs prior to imposition of sentence. Counsel has taken the liberty of contacting Bernice Kelly, Psy.D, M.S., R.N., a licensed psychologist, regarding defendant. She is willing to examine and evaluate Mr. St. Onge, and advises that the process, including preparation of her report, will take approximately two months. Counsel has filed a motion to authorize the retention of Dr. Kelly contemporaneously with this motion.

3. The Probation Department agrees that an analysis is appropriate and does not object to a continuance. The U.S. Attorney's office does not object to a continuance.

Respectfully submitted
By his attorney,

*Robert F. Muse*
Robert F. Muse
101 Tremont St., Suite 615
Boston, MA 02108
(617) 542-6081

Date: October 29, 2004

### Certificate of Service

I hereby certify that a copy of this Motion was mailed, postage prepaid, this 29th day of October, 2004, to Seth Berman, AUSA, U.S. Courthouse, 1 Courthouse Way, Boston, MA 02210, and P.O. Stephanie Henshaw, U.S. Courthouse, 1 Courthouse Way, Boston, MA 02210.

*Robert F. Muse*
Robert F. Muse