1

1          THE COURT:  All right.  Mr. Kris St. Onge, in
2     consideration of the offenses of which you stand convicted,
3     the information, the factors under the statute, Section
4     3553, the information from the United States Attorney, your
5     attorney, and the probation officer, this Court sentences
6     you on each of the counts of conviction to two and-a-half
7     years in the custody of the United States Attorney General,
8     30 months in custody, the sentence on each count to run
9     concurrent one with the other.
10         The Court imposes on you thereafter three years of
11    supervised release.  The Court imposes upon you no fine due
12    to your inability to pay a fine.  The Court imposes upon you
13    a $900 special assessment as is required by the law.
14         I recommend, I recommend that you participate in
15    the 500-hour comprehensive drug treatment program while in
16    custody.
17         In addition to the general conditions of probation,
18    you are to supply a DNA sample as directed by the probation
19    officer.  You're prohibited from possessing a firearm or
20    other dangerous weapon.  You're to participate in a mental
21    health treatment program as directed by the United States
22    Probation Office.  You're required to pay what you can
23    towards that program.
24         I take it you have no objection to self-reporting,
25    Mr. Berman?

                                                                2

1           MR. BERMAN:  That is correct, your Honor.  I have
2      no objection.
3           THE COURT:  Do you have any recommendation as to
4      the place of confinement, Mr. Muse?
5           MR. MUSE:  As close to home as possible, your
6      Honor.
7           THE COURT:  Well, as close to home as possible is
8      Devens.  But Devens is a special -- there may be bed
9      problems in Devens.
10          MR. MUSE:  I understand that's changed.
11          THE COURT:  But I'll make that recommendation and
12     I'll revise it if that would be better.
13          I do recommend that the sentence be served at the
14     facility at Devens.
15          Mr. St. Onge is directed to report to the place of
16     incarceration six weeks from today, Thursday, the 31st of
17     March.
18          Mr. St. Onge, you are informed you have the right
19     to appeal from any findings or rulings this Court has made
20     against you.  Should you appeal and if your appeal is
21     successful in whole or in part you will be resentenced by
22     another judge.
23          That's the sentence of the Court.  We'll recess.
24          THE CLERK:  All rise.  Court is in recess.
25          (Whereupon the matter concluded.)

Case 1:03-cr-10395-WGY     Document 17-2     Filed 02/22/2005     Page 3 of 3