UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

*FILED IN OFFICE*
*2005 FEB 22 P 3: 12*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS*

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No. 03-CR-10395-WGY |
| v. ) | |
| ) | |
| KRIS ST. ONGE ) | |

NOTICE OF APPEAL

Defendant, by counsel, hereby appeals the judgment of conviction and sentence entered in the above-entitled case on or about February 17, 2005.

Respectfully submitted
By his attorney,

*/s/ Robert F. Muse*
Robert F. Muse
101 Tremont St., Suite 615
Boston, MA 02108
(617) 542-6081

Date: February 18, 2005

Certificate of Service

I hereby certify that a copy of this Notice of Appeal was served by mail on AUSA Seth P. Berman, U.S. Courthouse, 1 Courthouse Way, Boston, MA 02210, , this 18th day of February, 2005.

*/s/ Robert F. Muse*
Robert F. Muse