# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 03-cr-10395

United States of America

v.

Kris St. Onge

## CLERK'S CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 2/22/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on February 25, 2005.

Tony Anastas, Clerk of Court

By: *[signature]*

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date 2/25/05.

*[signature]*
Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL, MAG

# United States District Court
## District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: 1:03-cr-10395-WGY-ALL

Case title: USA v. St. Onge                Date Filed: 12/17/2003

Assigned to: Chief Judge
William G. Young
Referred to: Magistrate Judge
Joyce London Alexander

### Defendant

**Kris St. Onge** (1)               represented by   **Robert F. Muse**
*TERMINATED: 02/22/2005*                            Robert F. Muse
                                                    101 Tremont Street
                                                    Suite 615
                                                    Boston, MA 02108
                                                    617-542-6081
                                                    Fax: 617-695-0306
                                                    Email: tigerbob7@aol.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE*
                                                    *NOTICED*
                                                    *Designation: CJA*
                                                    *Appointment*

### Pending Counts                              ### Disposition

                                                The defendant is committed
                                                to the custody of the BOP for
                                                30 months on each of counts
                                                1-9, the sentence to run
18:922(a)(6) False statement                    concurrent one count with the
to obtain firearms                              other. Following his release

(1-6)

18:922(g)(3) Possession of a firearm by a user of a controlled substance or a person addicted to a controlled substance
(7-9)

the defendant is to serve a period of Supervised Release with Special Conditions of 36 months. No fine. Special Assessment of $900.

The defendant is committed to the custody of the BOP for 30 months on each of counts 1-9, the sentence to run concurrent one count with the other. Following his release the defendant is to serve a period of Supervised Release with Special Conditions of 36 months. No fine. Special Assessment of $900.

**Highest Offense Level (Opening)**
Felony

**Terminated Counts**
None

**Disposition**

**Highest Offense Level (Terminated)**
None

**Complaints**
None

**Disposition**

**Plaintiff**
USA                                        represented by **Seth P. Berman**

United States Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3385
Fax: 617-748-3951
Email: Seth.Berman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/17/2003 | 1 | INDICTMENT as to Kris St. Onge (1) count(s) 1-6, 7-9. (Hurley, Virginia) (Entered: 12/18/2003) |
| 12/17/2003 | 2 | Judge William G. Young : ORDER entered ORDER REFERRING CASE to Magistrate Judge Joyce London Alexander Reason for referral: Bail and arraigment only as to Kris St. Onge (Diskes, Sheila) (Entered: 12/18/2003) |
| 12/17/2003 |  | Arrest Warrant Issued as to Kris St. Onge. (Diskes, Sheila) (Entered: 12/18/2003) |
| 03/05/2004 |  | Arrest of Kris St. Onge (Brown, Rex) (Entered: 03/05/2004) |
| 03/05/2004 |  | Electronic Clerk's Notes for proceedings held before Judge Joyce London Alexander : Initial Appearance as to Kris St. Onge held on 3/5/2004. The Court informs the defendant of his rights and the charges. The defendant fills out a financial affidavit and requests counsel. The Court appoints CJA attorney Robert Muse to represent the defendant. Arraignment as to Kris St. Onge (1) Count 1-6,7-9 held on 3/5/2004. The |

| | | |
|---|---|---|
| | | government states the maximum penalty. The Defendant pleads not guilty to all counts in the indictment. Counsel for the defendant files in open court a Notice of Automatic Discovery. Bond Hearing as to Kris St. Onge held on 3/5/2004. The governmet and defense offer conditions of release. The Court ALLOWS the motion. The Court releases the defendant on a $10,000.00 unsecured bond with conditions (see bail papers). Whereas all matters referred to the Magistrate Judge by the District Judge have been resolved, the case is hereby returned to the District Judge.(Tape #Digital Recording.) (Brown, Rex) (Entered: 03/05/2004) |
| 03/05/2004 | | Judge Joyce London Alexander : ORDER entered ORAL ORDER as to Kris St. Onge Whereas all matters referred to the Magistrate Judge by the District Judge have been resolved, the case is hereby returned to the District Judge. (Brown, Rex) (Entered: 03/05/2004) |
| 03/05/2004 | 3 | Arrest Warrant Returned Executed on 3/5/04. as to Kris St. Onge. (Bell, Marie) (Entered: 03/08/2004) |
| 03/05/2004 | 4 | CJA 23 Financial Affidavit by Kris St. Onge (Brown, Rex) (Entered: 03/29/2004) |
| 03/05/2004 | 5 | NOTICE OF AUTOMAIC DISCLOSURE by Kris St. Onge (Brown, Rex) (Entered: 03/29/2004) |
| 03/05/2004 | 6 | Unsecured Bond Entered as to Kris St. Onge in amount of $ 10,000.00 (Brown, Rex) (Entered: 03/29/2004) |
| 03/05/2004 | 7 | Judge Joyce London Alexander : ORDER entered ORDER Setting Conditions of Release as to Kris St. Onge (1) $10,000.00 Unsecured Bond (Brown, Rex) (Entered: 03/29/2004) |
| 03/29/2004 | 8 | Judge Joyce London Alexander : ORDER entered CJA 20 as to Kris St. Onge : Appointment of Attorney |

| | | |
|---|---|---|
| | | Robert F. Muse for Kris St. Onge. (Nunc Pro Tunc Date: 3-5-04). (Brown, Rex) (Entered: 03/29/2004) |
| 03/30/2004 | 9 | Judge William G. Young : ORDER entered SCHEDULING ORDER as to Kris St. Onge Initial Scheduling Conference set for 4/29/2004 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 03/30/2004) |
| 05/10/2004 | | ELECTRONIC Clerk's Notes for proceedings held before Judge William G. Young :Scheduling Conference as to Kris St. Onge held on 5/10/2004 SCHEDULING ORDER TO ISSUE. (Court Reporter WOMACK.) (Smith, Bonnie) (Entered: 05/11/2004) |
| 05/10/2004 | 10 | Judge William G. Young : ORDER entered SCHEDULING ORDER as to Kris St. Onge Jury Trial set for 9/20/2004 09:00 AM before Chief Judge William G. Young. Final Pretrial Conference set for 9/13/2004 02:00 PM before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 05/11/2004) |
| 08/13/2004 | 11 | Assented to MOTION for Rule 11 Hearing as to Kris St. Onge by USA. (Berman, Seth) (Entered: 08/13/2004) |
| 09/13/2004 | | ELECTRONIC Clerk's Notes for proceedings held before Judge William G. Young :Change of Plea Hearing as to Kris St. Onge held on 9/13/2004, Plea entered by Kris St. Onge (1) Guilty Count 1-6,7-9. Sentencing set for 12/14/2004 02:00 PM in Courtroom 18 before Chief Judge William G. Young. Procedural Order re: Sentencing hearing issued. Dft. is to remain on same conditions of bail. (Bell, Marie) (Entered: 09/14/2004) |
| 09/13/2004 | 12 | Judge William G. Young : ORDER entered PROCEDURAL ORDER re sentencing hearing as to Kris St. Onge Sentencing set for 12/14/2004 02:00 PM in Courtroom 18 before Chief Judge William G. |

| | | |
|---|---|---|
| | | Young. cc/cl. (Bell, Marie) (Entered: 09/14/2004) |
| 11/01/2004 | 13 | MOTION for Authorization of Expert Services as to Kris St. Onge . (Edge, Eugenia) (Entered: 11/03/2004) |
| 11/01/2004 | 14 | MOTION to Continue to after January 15, 2005 to examine and evaluate defendant as to Kris St. Onge . c/s(Edge, Eugenia) (Entered: 11/03/2004) |
| 11/03/2004 | | NOTICE OF RESCHEDULING as to Kris St. Onge Sentencing reset for 2/17/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 11/03/2004) |
| 11/04/2004 | | Judge William G. Young : ELECTRONIC ORDER entered terminating 11 Motion for Rule 11 Hearing as to Kris St. Onge (1); granting 14 Motion to Continue as to Kris St. Onge (1)Sentencing RESET to 2/17/05 at 2PM (Smith, Bonnie) (Entered: 11/04/2004) |
| 11/04/2004 | | Judge William G. Young : ELECTRONIC ORDER entered granting 13 Motion for Authorization of Services or Funds as to Kris St. Onge (1) (Smith, Bonnie) (Entered: 11/04/2004) |
| 02/11/2005 | 15 | SENTENCING MEMORANDUM by Kris St. Onge. c/s. (Bell, Marie) (Entered: 02/15/2005) |
| 02/17/2005 | | Electronic Clerk's Notes for proceedings held before Judge William G. Young :Sentencing held on 2/17/2005 for Kris St. Onge (1), Count(s) 1-6, 7-9, The Court announces the Advisory Guideline calculations. After hearing the court sentences the defendant as follows: The defendant is committed to the custody of the BOP for 30 months on each of counts 1-9, the sentence to run concurrent one count with the other. Following his release, the defendant is to serve a period of Supervised Release with Special Conditions of 36 months. No fine. Special Assessment of $900. The Court recommends the defendant participate in the 500 hour drug treatment program. |

| | | |
|---|---|---|
| | | The Court recommends custody at Fort Devens. The defendant is to self report by 3/31/05. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 02/22/2005) |
| 02/22/2005 | 16 | Judge William G. Young : ORDER entered. JUDGMENT as to Kris St. Onge (1), Count(s) 1-6, 7-9, The defendant is committed to the custody of the BOP for 30 months on each of counts 1-9, the sentence to run concurrent one count with the other. Following his release the defendant is to serve a period of Supervised Release with Special Conditions of 36 months. No fine. Special Assessment of $900. (Smith, Bonnie) (Entered: 02/22/2005) |
| 02/22/2005 | 17 | Judge William G. Young : ORDER entered. STATEMENT OF REASONS as to Kris St. Onge (Attachments: # 1 transcript) (Smith, Bonnie) (Entered: 02/22/2005) |
| 02/22/2005 | 18 | NOTICE OF APPEAL by Kris St. Onge re 16 Judgment, NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/14/2005. cc/cl.(Bell, Marie) (Entered: 02/23/2005) |