03-10395
USDC/MA
Young, W.

# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 05-1267

UNITED STATES

Appellee

v.

KRIS ST. ONGE

Defendant - Appellant

---

**JUDGMENT**
**Entered: March 11, 2005**

Upon consideration of appellant's unopposed motion,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*[signature]*
Deputy Clerk

Date: 3/11/05

By the Court:
Richard Cushing Donovan, Clerk

By: _____
**MARGARET CARTER**
Chief Deputy Clerk

[cc: Seth P. Berman, AUSA, Dina Michael Chaitowitz, AUSA, Robert F. Muse, Esq.]